# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW
THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050
SEVEN PENN PLAZA • 370 SEVENTH AVENUE • SUITE 720 • NEW YORK, NY 10001-0015 • 212-661-0085
FACSIMILE: 516-931-0030
attorneys@lipmanplesur.com

**VIA ECF**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY  11722-4451                                February 16, 2017

      Re:    **Juan Munoz, Individually, and on behalf of all others similarly situated v. Industrial Credit of Canada, Ltd., Dean Sourial, and Jason Rappaport**
             **16-CV-01453 (ADS) (ARL)**

Dear Judge Lindsay:

      We represent Defendants in the above referenced matter and submit this letter to withdraw Defendants' Contempt Motion against Contour Mortgage Corporation (Dkt. 24) without prejudice. Subsequent to filing the Contempt Motion, Defendants did receive some additional documents from Contour Mortgage in response to the Subpoena. Defendants would like to review the responses before asking the Court for any further relief in this regard. Thank you.

                                              Respectfully,

                                              /s/

                                              David A. Robins

DAR:jmp

    cc:    Neil H. Greenberg, Esq. (via ECF)
              Justin M. Reilly, Esq. (via ECF)
              Contour Mortgage Corporation (via Federal Express)